DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BERNARDO SOLANO-OCAMPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-481 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME. |
| ) | |
| BERNARDO SOLANO-OCAMPO, ) | |
| ) | Date:  December 4, 2007 |
| Defendant. ) | Time:  9:30 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant BERNARDO SOLANO-OCAMPO, that the status conference scheduled for December 4, 2007, be vacated and the matter continued until December 11, 2007, for status conference.

The reason for the continuance is to allow receipt by the defense of the Probation Office's pre-plea presentence investigation report, which has just been received by government counsel, and consideration of an offer for disposition of the case which government counsel has

1  advised will be forthcoming today or tomorrow.

2  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act be excluded from the filing of this stipulation until August
4  20, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code
5  T-4 (defense preparation and continuity of counsel)

6  **IT IS SO STIPULATED.**

8  Date:   December 3, 2007          /s/ Kyle Reardon
                                     KYLE REARDON
9                                    Assistant United States Attorney
                                     Counsel for Plaintiff

12 Date:   December 3, 2007          DANIEL J. BRODERICK
                                     Federal Defender

14                                    /s/ Jeffrey L. Staniels
                                     JEFFREY L. STANIELS
15                                   Assistant Federal Defender
                                     Counsel for Defendant
16                                   BERNARDO SOLANO-OCAMPO

**O R D E R**

19 **IT IS SO ORDERED.**

20              By the Court,

22 Date:   December 3, 2007

                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT

Stipulation and Order              -2-