```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BERNARDO SOLANO-OCAMPO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARDO SOLANO-OCAMPO,<br><br>        Defendant.<br>_____ | No. 2:07-cr-481 LKK<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME.<br><br>Date:  December 11, 2007<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant BERNARDO SOLANO-OCAMPO, that the status conference scheduled for December 11, 2007, be vacated and the matter continued until January 3, 2008, for status conference.

The reason for the continuance is to allow completion of investigation by both parties into the circumstances surrounding a prior conviction and further negotiations regarding possible terms of disposition of the case based on the results of that investigation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

Trial Act be excluded from the filing of this stipulation until January 3, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Date:   December 7, 2007          /s/ Kyle Reardon
                                  KYLE REARDON
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Date:   December 7, 2007          DANIEL J. BRODERICK
                                  Federal Defender


                                   /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  BERNARDO SOLANO-OCAMPO

**O R D E R**

**IT IS SO ORDERED.**

                By the Court,


Date:   December 7, 2007
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

Stipulation and Order              -2-