DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BERNARDO SOLANO-OCAMPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BERNARDO SOLANO-OCAMPO, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:07-cr-481 LKK <br><br> STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME. <br><br> Date:  January 3, 2008 <br> Time:  9:30 a.m. <br> Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant BERNARDO SOLANO-OCAMPO, that the status conference scheduled for January 3, 2008, be vacated and the matter continued until January 15, 2008, for status conference.

The reason for the continuance is to allow completion of investigation by both parties into the circumstances surrounding a prior conviction and further negotiations regarding possible terms of disposition of the case based on the results of that investigation. Further information regarding this issue have just been received by

counsel.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until January 3, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Date:   January 2, 2008            /s/ Kyle Reardon
                                   KYLE REARDON
                                   Assistant United States Attorney
                                   Counsel for Plaintiff

Date:   January 2, 2008            DANIEL J. BRODERICK
                                   Federal Defender

                                    /s/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
                                   Assistant Federal Defender
                                   Counsel for Defendant
                                   BERNARDO SOLANO-OCAMPO

**O R D E R**

**IT IS SO ORDERED.**

                By the Court,

Date: January 2, 2008

                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT

Stipulation and Order              -2-