```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BERNARDO SOLANO-OCAMPO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>BERNARDO SOLANO-OCAMPO,<br><br>              Defendant. | No. 2:07-cr-481 LKK<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME.<br><br>Date:  January 23, 2008<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant BERNARDO SOLANO-OCAMPO, that the status conference scheduled for January 23, 2008, be vacated and the matter continued until January 29, 2008, for status conference.

    The reason for the continuance is to allow review and consultation regarding a recently received offer from the government for resolution of this case without trial.

    **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until January

29, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4 (defense preparation and continuity of counsel)

**IT IS SO STIPULATED.**

Date:  January 22, 2008          /s/ Kyle Reardon
                                 KYLE REARDON
                                 Assistant United States Attorney
                                 Counsel for Plaintiff


Date:  January 22, 2008          DANIEL J. BRODERICK
                                 Federal Defender


                                  /s/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 BERNARDO SOLANO-OCAMPO


**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Date: January 22, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order              -2-