DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BERNARDO SOLANO-OCAMPO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-481 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME. |
| BERNARDO SOLANO-OCAMPO, | Date: January 29, 2008 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant BERNARDO SOLANO-OCAMPO, that the status conference scheduled for January 29, 2008, be vacated and the matter continued until February 26, 2008, for status conference.

The reason for the continuance is to allow further review and consultation regarding circumstances of certain prior convictions which is necessary to evaluate and respond to the offer from the government for resolution of this case without trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1 | Trial Act be excluded from the filing of this stipulation until
2 | February 26, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv),
3 | Local Code T-4 (defense preparation and continuity of counsel)
4 | **IT IS SO STIPULATED.**

Date:   January 25, 2008            /s/ Kyle Reardon
                                    KYLE REARDON
                                    Assistant United States Attorney
                                    Counsel for Plaintiff


Date:   January 25, 2008            DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Counsel for Defendant
                                    BERNARDO SOLANO-OCAMPO

**O R D E R**

**IT IS SO ORDERED.**

                By the Court,


Date: January 25, 2008

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

Stipulation and Order               -2-