```
McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S-07-0481 LKK |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS |
| ) | CONFERENCE |
| BERNARDO SOLANO-OCAMPO, ) | |
|  aka Bernardo Ocampo, ) | |
|  aka Bernardo Solano Ocampo, ) | |
| Defendant. ) | |

**ORDER**

The parties appeared before the Court on March 4, 2008, in case number S-07-0481 LKK. At that time, based upon the representations and agreement of both counsel, the Court ordered that the status conference set for March 4, 2008, at 9:30 a.m., be continued to March 18, 2008, at 9:30 a.m., and that the time beginning March 4, 2008, and extending through March 18, 2008, was excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

1

1    On March 4, 2008, substitute counsel was ordered for the
2 defendant based upon his representation that he could no longer
3 effectively communicate with his original counsel.  New counsel
4 represented to the Court that he needed time to prepare to
5 effectively represent the defendant.  The government offered no
6 objection to the continuance.
7    ACCORDINGLY, it is hereby ordered that the status conference
8 set for March 4, 2008, at 9:30 a.m., be continued to March 18,
9 2008, at 9:30 a.m., and that the time beginning March 4, 2008,
10 and extending through March 18, 2008, be excluded from the
11 calculation of time under the Speedy Trial Act.  The Court finds
12 that the interests of justice served by granting this continuance
13 outweigh the best interests of the public and the defendant in a
14 speedy trial.  18 U.S.C. § 3161(h)(8)(A).
15    IT IS SO ORDERED.

Dated: March 13, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2